**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00158-CR

**FERNANDO MUNOZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00579-M**

## ORDER

We **GRANT** Official Court Reporter Belinda G. Baraka's April 20, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE